...
```
```
Case 5:07-cv-00278-FJS-DEP   Document 6   Filed 07/18/07   Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THEODORE NOEL, SR., AS TRUSTEE OF THE CENTRAL NEW YORK PAINTERS & ALLIED TRADES DEFINED BENEFIT PENSION FUND, THE CENTRAL NEW YORK PAINTERS & ALLIED TRADES DEFINED CONTRIBUTION PENSION FUND, AND THE CENTRAL NEW YORK PAINTERS & ALLIED TRADES HEALTH TRUST FUND,
                                           Plaintiffs,

Civil Action No.: 5:07-cv-278
Judge:

-vs-

SUPERIOR INTERIOR SYSTEMS, INC.
130 Metro Park
Rochester, New York 14623,    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Please be advised that the Plaintiff in the above-referenced action hereby voluntarily dismisses the above-referenced action as service of process upon the Defendant could not be effectuated.

Dated: November 9, 2006

_____
P. Douglas Dodd, Esq.
Federal ID No. 301598
Ali, Pappas & Cox, P.C.
Attorneys for Plaintiffs
614 James Street
Syracuse, New York 13203
Telephone: (315) 472-4481

SO ORDERED.
_____
David E. Peebles
U.S. Magistrate Judge
Dated: 7/18/07
Syracuse, New York